UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
                                )
        v.                      )    CRIMINAL NO. 05-cr-30031-MAP
                                )
                                )
DAVID VADDY,                    )
        and                     )
KELLY ARZATE,                   )
        Defendants.             )

THE GOVERNMENT'S AND THE DEFENDANT'S STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Attorney Robert Astor, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1.    The parties agree that this is not a complex case and therefore relief from the timing requirements imposed by Local Rule 116.3 is unnecessary.

2.    The government has made automatic discovery available pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States to both Defendants.  Additional discovery will be provided to counsel upon receipt of the discovery by the undersigned U.S. Attorney.  For example, the FBI is in the process of copying numerous recording made during this investigation.  The government will forward the discoverable recordings relevant to the above-captioned case upon receipt from the FBI.  The government has requested reciprocal discovery

pursuant to Fed.R.Crim.P. 16(B)(1)(C).

3.   The parties agree that it is premature for a motion date to be established under Fed.R.Crim.P. 12(c).

4.   The parties agree that the time from the initial appearance for each Defendant, June 15, 2005, through the initial status date, August 2, 2005 is excludable from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

5.   The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

6.   The parties agree that it is premature to establish a final status conference at this time.

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/ Paul Hart Smyth
                         _____
                         Paul Hart Smyth
                         Assistant U.S. Attorney


                         _____
                         Thomas McGuire, Esq.
                         Counsel for Kelly Arzate


                         /s/ Jeffrey Brown
                         Jeffrey Brown, Esq.
                         Counsel for David Vaddy