```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL NO. 05-30031-MAP
                              )
KELLY ARZATE,                 )
and                           )
DAVID VADDY                   )
    Defendants.               )
```

### THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from June 15, 2005 until October 12, 2005. In support of this motion, the Government states the following:

1. On August 2, 2005, the Defendant Arzate (through Attorney Thomas McGuire) and Defendant Vaddy (through Attorney Jeffrey Brown) agreed with the government that this time should be excluded. The parties need the time to review the discovery, show the discovery to the incarcerated Defendants, and to prepare discovery letters and motions.

It is in the best interests of the Defendant, the government, and the public, to exclude the time from June 15, 2005, until October 12, 2005, from the period within which the trial of this case must commence under the Speedy Trial Act.

```
                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                             By:  /s/ Paul Hart Smyth
                                  _____
                                  Paul Hart Smyth
                                  Assistant U.S. Attorney


Dated: September 15, 2005
```

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       September 15, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing to Attorney Jeffrey Brown, 393 Main Street, P.O. Box 985, Greenfield, MA and Attorney Thomas McGuire, 1365 Main Street, Springfield, MA.

                                                /s/ Paul Hart Smyth
                                                Paul Hart Smyth
                                                Assistant U.S. Attorney