UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA     )
                             )
                             )
        v.                   )   CRIMINAL NO. 05-30032-MAP
                             )
                             )
DAVID VADDY,                 )
    and                      )
KELLY ARZATE,                )
        Defendants.          )
```

### THE GOVERNMENT'S AND THE DEFENDANTS' STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, Attorney Jeffrey Brown, counsel for David Vaddy, Attorney Thomas McGuire, counsel for Kelly Arzate, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1.   The Government has provided, promised to provide, or made available all of its discoverable information.

2.   The parties do not anticipate additional discovery as the result of future receipt of information.

3.   The defendants do not intend to raise a defense of insanity or public authority.

4.   The government has requested notice of alibi by the defendants and there has been no response by the Defendant.

5.   The Defendant has not yet filed but may file, a motion to dismiss, or suppress, or other motion requiring a ruling by

the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

6.   The parties request this Court to set a date for a final status conference. Both Attorneys need additional time to review the evidence with the Defendants, and to prepare any necessary pretrial motions. In light of the above, the parties request a further status date. The parties also request this court exclude the delay from August 12, 2005 through the next hearing date (to be scheduled on October 20, 2005) from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). In addition to the necessary delay concerning the discovery, a reason for the excludable delay is continuity of counsel. Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

7.    It is premature to notify the Court as to whether either Defendant Vaddy or Defendant Arzate will decide to change their plea.

8.   In the event that a trial is necessary the trial will last approximately 5 days.

9.   A date convenient with the Court should be established for a final status conference.

Filed this 20th day of October, 2005.

Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:  /s/ Paul Hart Smyth
      _____
      Paul Hart Smyth
      Assistant U.S. Attorney


_____
Attorney Jeffrey Brown
Counsel for David Vaddy


_____
Attorney Thomas McGuire
Counsel for Kelly Arzate