```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   )    CRIMINAL NO. 05-30031-MAP
                              )
KELLY ARZATE,                 )
and                           )
DAVID VADDY,                  )
    Defendants.               )
```

THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from December 20, 2005 until the pretrial conference date. In support of this motion, the Government states the following:

1. Defendant Arzate and the government have been engaged in plea negotiations since November 2005. On January 20, 2006, Attorney McGuire notified the Court that this case would be resolved through a change of plea. Attorney McGuire indicated that his competing caseload and personal obligations have interfered with his ability to prepare the Defendant for a plea to the above-captioned indictment on a date sooner than in late February 2006.

2. Attorney Jeffrey Brown has needed the time period from December 20, 2005 to present to review the video and

      audio discovery and to show the discovery to the detained Defendant Vaddy.

This additional time will ensure continuity of counsel for both Defendants.

    In these circumstances, the interests of justice, including the continuity of counsel, outweigh the usual interests in a speedy trial. The government, therefore, requests that the time period described above be excluded, pursuant to 18 U.S.C. §§ 3161(h)(8) and <u>United States v. Santiago-Becerril</u>, 130 F.3d 11, 20 (1st Cir. 1997). It is in the best interests of the Defendant, the government, and the public, to exclude the time from December 20, 2005 through the pretrial conference date, from the period within which the trial of this case must commence under the Speedy Trial Act.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By:  /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney

Dated: January 23, 2006

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          January 23, 2006

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing to both counsel of record - Attorney Jeffrey Brown, 393 Main Street, P.O. Box 985, Greenfield, MA and Attorney Thomas McGuire, 1365 Main Street, Springfield, MA.

                                            /s/ Paul Hart Smyth
                                            Paul Hart Smyth
                                            Assistant U.S. Attorney