UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                   )<br>)<br>)<br>NICHOLAS DIAZ,           )<br>    Defendant.          ) | CRIMINAL NO. 05-cr-30031-RGS-3 |

**MOTION FOR A CONTINUANCE**
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts respectfully requests this Court to advance the time for the status hearing from 3:30 p.m. to 10:30 a.m. on March 16, 2006. The undersigned Assistant U.S. Attorney is scheduled to appear before District Court Judge Michael A. Ponsor at 2 p.m. on the same date for a Rule 11 Hearing in the case of <u>United States v. Felix Morales</u> (05-cr-30040-MAP). Attorney Greenberg, counsel for Defendant, has assented to this request.

                                                Respectfully submitted,

                                                 MICHAEL J. SULLIVAN
                                                 United States Attorney

                                By:   /s/ Paul Hart Smyth
                                            _____
                                            Paul Hart Smyth
                                            Assistant U.S. Attorney

Dated: March 13, 2006