UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA       )
                               )
                               )   CRIMINAL NO. 05-cr-30031-RGS
                               )
          v.                   )
                               )
                               )
DAVID VADDY,                   )
KELLY ARZATE,                  )
and                            )
NICHOLAS DIAZ,                 )
     Defendants.               )
```

THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from March 1, 2006 through May 3, 2006 (the date this Court scheduled the Defendant Arzate's change of plea hearing). In addition to the pending Rule 11 Motion, the time from March 1, 2006 through April 10, 2006, should be excluded to allow Attorney Brown, counsel for Defendant Vaddy, to prepare further pretrial motions.

In these circumstances, the interests of justice, including the continuity of counsel, outweigh the usual interests in a speedy trial. The government, therefore, requests that the time period described above be excluded, pursuant to 18 U.S.C. §§ 3161(h)(8) and United States v. Santiago-Becerril, 130 F.3d 11, 20 (1st Cir. 1997). It is in the best interests of the Defendant, the government, and the public, to exclude the time

from March 1, 2006 through May 3, 2006 from the period within
which the trial of this case must commence under the Speedy Trial
Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Paul Hart Smyth
_____
Paul Hart Smyth
Assistant U.S. Attorney


Dated: March 15, 2006