UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
v.                              )        Criminal No.   05-30031-RGS
                                )
                                )
NICHOLAS DIAZ,                  )
    Defendant                   )

JOINT STATUS REPORT

Pursuant to Local Rule 116.5(A), the parties are hereby jointly filing the following status report prepared in connection with the initial status conference scheduled for March 16, 2006.

1. Local Rule 116.3 Timing Requirements

The parties are not presently requesting relief from the timing requirements of Local Rule 116.3.

2. Expert Discovery

The government anticipates that, unless there is a stipulation regarding the drugs involved in this case, it will offer expert testimony regarding the drugs at issue.  The government will make expert disclosures 30 days before trial. The Defendant will make its expert disclosures 15 days before trial.

3. Additional Discovery

The government does not anticipate providing substantial additional discovery other than additional certifications as they are received from the laboratory and expert disclosures as may be

1

requested as specified in paragraph 1, above. If additional discoverable reports relevant to this investigation are received, however, they will be produced.

4. Motion Date

The parties agree that it is premature for a motion date to be established.  Attorney Greenberg has not yet had sufficient time to review the automatic discovery with the Defendant.

5. Speedy Trial Act Calculations

The parties agree that the time from the Defendant's arraignment, on February 23, 2006 through his initial appearance on March 2, 2006, is excludable because the Government's Motion for Detention was pending.  The time from March 2, 2006 through the initial status date, March 16, 2006 is excludable from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A).  In addition, co-defendant Arzate's Motion for a Rule 11 Hearing has been pending since March 1, 2006.  See 18 U.S.C. Section 3161(h)(1)(F).  The parties Joint Motion for Excludable Delay (Dkt. # 53) is also pending.

As of the Initial Status Conference, 0 days will have been counted and 70 days will remain under the Speedy Trial Act.

6. Anticipated Trial

The parties believe that it is too early to determine whether a trial in this matter will be required.

7. <u>Final Status Conference</u>

The parties request that a Further Status Conference be scheduled for a date convenient with the Court in April 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Paul Hart Smyth
     _____
     Paul Hart Smyth
     Assistant U.S. Attorney


     /s/ James Greenberg
     _____
     James Greenberg, Esq.
     Counsel for Nicholas Diaz