# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                               CRIMINAL NO. 2005-30031-RGS-03

NICHOLAS DIAZ,
        Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

6/9/2005 - Indictment returned.

2/23/2006 - Initial Appearance/Arraignment.

2/24- 3/23/2006 - Excluded as per L.R. 112.2(A)(2)

3/16/2006 - Conference held.

Thus, as of March 16, 2006, no (0) non-excludable days will have occurred leaving SEVENTY (70) days left to commence trial so as to be within

the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 16, 2006.