# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

        v.                          CRIMINAL NO. 2005-30031-RGS-03

NICHOLAS DIAZ,
        Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on March 16, 2006; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)     No.

(2)     The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than thirty (30) working days before trial;* the defendant shall comply with his reciprocal obligations respecting

      discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than fifteen (15) working days before trial.*

(3)      No.

(4)      A date for the filing of non-discovery motions shall be set at the Final Status Conference.

(5)      *See* Order of Excludable Delay entered this date.

(6)      It is unknown whether a trial will be necessary; a trial would take three (3) trial days.

(7)      The Final Status Conference is set for *Thursday, April 20, 2006 at 3:15 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)      *See* ¶¶ (1)-(4), *supra*.

(2)      It does not.

(3)      None.

(4)      *See* Order of Excludable Delay entered this date.

(5)      Not applicable.

                                      */s/ Robert B. Collings*
                                      ROBERT B. COLLINGS
                                      United States Magistrate Judge

March 16, 2006.