CLOSED

# U.S. District Court
## Northern District of Texas (Dallas)
### CRIMINAL DOCKET FOR CASE #: 3:06-mj-00044-ALL
### Internal Use Only

Case title: USA v. Diaz
Other court case number: 05-30031-MAP District of Massachusetts

Date Filed: 02/03/2006

05CR 30031

Assigned to: Magistrate Judge Wm F Sanderson, Jr

**Defendant**

**Nicholas Diaz** (1)
*TERMINATED: 02/03/2006*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Indictment 05-30031-MAP from District of Massachusetts charging conspiracy to possess with intent to distribute cocaine base; distribution of cocaine base, 21 USC 846 & 841(a)(1) | |

Certified a true copy of an instrument on file in my office on 2-15-06
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Kim McCabe**<br>US Attorney's Office - Dallas<br>1100 Commerce St<br>Third Floor<br>Dallas, TX 75242<br>214/659-8600<br>Fax: 214/767-0978 FAX<br>Email: kim.mccabe@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2006 | | Arrest of Nicholas Diaz (nbs, ) (Entered: 02/15/2006) |
| 02/03/2006 | 1 | Minute Entry for proceedings held before Judge Wm F Sanderson Jr: Initial Appearance as to Nicholas Diaz held on 2/3/06 on Indictment from District of Massachusetts. Defendant admitted identity in open court; Defendant elected to have detention hearing in Massachusetts. (Tape #2130.) (nbs, ) (Entered: 02/15/2006) |
| 02/03/2006 | 2 | ***CJA 23 Financial Affidavit by Nicholas Diaz (nbs, ) (Entered: 02/15/2006) |
| 02/03/2006 | 3 | MOTION for Pretrial Detention by USA as to Nicholas Diaz (nbs, ) (Entered: 02/15/2006) |
| 02/03/2006 | 4 | REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) & 5.1 and ORDER ENTERED THEREON as to Nicholas Diaz. Defendant committed to District of Massachusetts. (Signed by Judge Wm F Sanderson Jr on 2/3/06) (nbs, ) (Entered: 02/15/2006) |
| 02/03/2006 | | ***Terminated defendant Nicholas Diaz. (nbs, ) (Entered: 02/15/2006) |
| 02/15/2006 | | Transmitted certified copy of docket sheet & papers as to Nicholas Diaz to Clerk in Springfield, Massachusetts; copies sent to U.S. Attorney in Springfield. (nbs, ) (Entered: 02/15/2006) |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

MAGISTRATE JUDGE Sanderson _____ PRESIDING
DEPUTY CLERK: N. Spencer _____ COURT REPORTER/TAPE NO: 2130
LAW CLERK: _____ USPO/PTSO:
INTERPRETER: _____ COURT TIME: 3 min
A.M. _____ P.M. 2120 _____ DATE: February 3, 2006

☑ MAG. No. ☐ DIST. CR. No. 3-06-MJ-44                      USDJ

UNITED STATES OF AMERICA        §      _Kim McCabe_____, AUSA
v.                              §
                                §
NICHOLAS DIAZ                   §      _____ ☐
                                §      _____ ☐
Defendant(s) Name(s) and Number(s)     Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

✓ _on lad from Dist. of Mass._
☑ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING
☐ HEARING CONTINUED ON _____ Case No. _____ ☐ Other District ☐ Division
☐ Date of Birth: _____ ☐ Social Security No. _____ ☐ Correction of Name ORDERED _____
☑ Date of Federal arrest/custody: 2/3/06 ☐ Surrender _____ or ☐ Rule 40 ☐ Appeared on Writ
☑ Deft first appearance. Deft advised of rights/charges ☐ Probation/Supervised Released violator
☐ Deft first appearance with counsel.
☑ ☑ Deft ☐ MW (Material Witness) ☐ _____ appeared ☐ with ☑ without counsel.
☐ Requests appointed counsel.
☐ FINANCIAL AFFIDAVIT executed.
☐ Order appointing Federal Public Defender.
☐ Private Counsel appointed, _____
☐ Deft advises he will retain counsel. He retained _____
☐ Arraignment set _____ ☐ Detention Hearing set _____
☐ Preliminary set _____ ☐ Bond Hearing set _____
☐ Counsel Determination Hearing set _____
☐ Identity/Removal Hearing set _____
☐ Bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Deft ☐ 3rd Pty ☐ MW.
☐ No bond set at this time, ___ day DETENTION ORDER to be entered.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING entered.
☐ ORDER OF DETENTION PENDING TRIAL entered.
☐ Deft advised of conditions of release.
☐ BOND EXECUTED, ☐ Deft ☐ MW released ☐ State Authorities, In this District of Texas
☑ ☑ Deft ☐ MW (Material Witness) REMANDED to CUSTODY
☑ Deft ORDERED REMOVED to Originating District.
☐ WAIVER of ☐ Preliminary Hearing  ☐ Waiver of Rule 40 Hearing  ☐ Waiver of detention hearing
☐ Court finds PROBABLE CAUSE ☐ ID ☐ PC.
☐ Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.
☑ REMARKS: _Deft admitted identity in open court_
_Deft elected to have detention hrg in Massachusetts_

Certified a true copy of an instrument on file in my office on 2-8-06
Clerk, U.S. District Court,
Northern District of Texas
By _N. Spencer_ Deputy

FEB - 3 2006
CLERK, U.S. DISTRICT COURT
By _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | MAGISTRATE NO. 3-06-MJ-044 |
| | § | |
| NICHOLAS DIAZ (3) | § | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, Nicholas Diaz, pursuant to 18 U.S.C. §3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because the case involves (check all that apply):

    ____ Crime of violence (18 U.S.C. §3156);

    ____ Maximum sentence life imprisonment or death

    _X_ 10 + year drug offense

    ____ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    ____ Serious risk obstruction of justice

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    _X_ Defendant's appearance as required

    ____ Safety of any other person and the community

MOTION FOR DETENTION - 1

Certified a true copy of an instrument
on file in my office on ___2-8-06___
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

3. <u>Rebuttable Presumption.</u> The United States (**will**, will not) invoke the rebuttable presumption against defendant because (check one or both):

    _X_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

    ___ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. <u>Other Matters.</u>

    _____

    _____

    DATED this __3rd__ day of __February__, 2006.

    Respectfully submitted,

    RICHARD B. ROPER
    United States Attorney

    /s/ Kim Sims
    _____
    KIM L. McCABE
    Assistant United States Attorney
    CT Bar No. 405579
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242
    Telephone: 214.659.8685
    Facsimile: 214.659.8804

MOTION FOR DETENTION - 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FEB - 3 2006

CLERK, U.S. [DISTRICT COURT]
By _____ Deputy

| UNITED STATES OF AMERICA | § | Magistrate Docket No.: 3-06-MJ-44 |
|---|---|---|
| | § | Docket No. Where |
| vs. | § | Charge Pending: 05-30031-MAP |
| | § | District of Massachusetts |
| NICHOLAS DIAZ | § | |

**REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
AND ORDER ENTERED THEREON**

The defendant is charged in the above-referenced district with the offense(s) of __conspiracy to possess with intent to distribute cocaine base; distribution__ of cocai__ne base__, in violation of __21__ U.S.C. § __846 & 841(a)(1)__. Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

---

**Rule 5(c)(3)    Transfer**

☒    The government has produced a copy of the warrant, and

☒    The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

    ☒    The defendant waived identity hearing.

    ☐    An identity hearing was conducted, and the defendant's identity was established.

☐    The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is NOT the defendant named in the indictment, information or warrant.

---

**Rule 5.1:    Preliminary Hearing**

☒    No preliminary hearing is necessary because the defendant is charged by indictment.

☐    The defendant waived a preliminary hearing.

☐    The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐    The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    ☐    There is probable cause to believe that the defendant committed the offense(s) charged.

    ☐    There is NOT probable cause to believe that the defendant committed the offense(s) charged.

---

Certified a true copy of an instrument
on file in my office on 2-15-06
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

**Rule 5(d)(3)   Detention Hearing**

- ☐ No detention hearing is necessary because the government did not move to detain the defendant.

- ☐ The defendant waived a detention hearing.

- ☒ The defendant elected to have a detention hearing in the district where the prosecution is pending.

- ☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

   - ☐ The defendant should be detained.

   - ☐ The defendant should be released on bond.

---

### ORDER ENTERED ON THE FOREGOING REPORT

TO:   UNITED STATES MARSHAL

- ☒ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

   ☐ Subject to being released on bond.

- ☐ It is ORDERED that this defendant be discharged from custody.

DATE: February 3, 2006

(Use Other Side for Return)

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion has been served upon each defendant or his counsel of record in accordance with the provisions of Rule 49 F.R.Cr.P.

DATED this __3rd__ day of __February__, 2006.

*Jerri Sims for*
KIM L. McCABE
Assistant United States Attorney

**MOTION FOR DETENTION - 3**