UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                  Criminal No. 05-CR30031-RGS

NICHOLAS DIAZ

## MOTION FOR CONTINUANCE

Now comes the defendant and kindly requests this Honorable Court to continue the scheduled final status hearing from April 20, 2006 to May 9, 2006. As reason therefore, defense counsel states he is scheduled for trial in Suffolk Superior Court in the matter of Commonwealth v. Burton. I have spoken with AUSA Paul Smyth, who does not oppose the continuance to the above-mentioned date.

Respectfully Submitted,

Nicholas Diaz
By his Attorney

James Greenberg
BBO # 565631
262 Washington Street, 10th Floor
Boston, MA 02109
(617) 557-4444

Dated: April 18, 2006