UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No.  05-30031-RGS |
| | ) | |
| | ) | |
| **NICOLAS DIAZ,** | ) | |
| **Defendant** | ) | |

## JOINT STATUS REPORT

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through the undersigned assistant U.S. Attorney, hereby submits the following status report pursuant to Local Rule 116.5(C) and Magistrate Judge Neiman's written orders.

1. Outstanding Discovery Issues

There are presently no outstanding discovery motions or issues.  Because defense counsel is still investigating relevant matters, he is requesting that the time for him to file motions be extended to May 15, 2006 and that a Final Status Conference be scheduled in mid-June on a date convenient for the Court.  The government does not oppose this request.

2. Additional Discovery

The government will provide expert discovery 21 days before trial.  The defendants will provide expert discovery 14 days before trial.

1

3. <u>Insanity/ Public Authority Defenses</u>

The defendant does not presently intend to raise a defense of insanity or public authority.

4. <u>Notice of Alibi</u>

The government requested a Notice of Alibi in its Automatic Discovery Letter.  No response has been received to that request as of this date.

5. <u>Motions</u>

As set forth above, the defendant is requesting until May 15, 2006 to file motions.  The defendants is also reserving his right to file other pretrial motions that could require a ruling by the District Court.

6. <u>Scheduling</u>

As set forth above, the parties are requesting that a Final Status Conference be scheduled in mid-June.

7. <u>Early Case Resolution</u>

The parties will report to the court on the possibility of a plea at the Final Status Conference.

8. <u>Speedy Trial Act Calculations</u>

The parties agree that the time from the Defendant's arraignment, on February 23, 2006 through his initial appearance on March 2, 2006, is excludable because the Government's Motion for Detention was pending.  The time from March 2, 2006 through the initial status date, April 20, 2006 is excludable from the

Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A). In addition, co-defendant Arzate's Motion for a Rule 11 Hearing has been pending since March 1, 2006. <u>See</u> 18 U.S.C. Section 3161(h)(1)(F).

As of the Final Status Conference, 0 days will have been counted and 70 days will remain under the Speedy Trial Act.

9. <u>Length of Trial</u>

In the event that a trial is required, the parties estimate that it will last 3-5 days.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                UNITED STATES ATTORNEY

                        By: <u>/s/ Paul Hart Smyth</u>
                            Paul Hart Smyth
                            Assistant U.S. Attorney
                            Federal Building & Courthouse
                            1550 Main Street
                            Springfield, MA 01103