UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                           ) | Criminal No.  05-30031-RGS |
| ) | |
| ) | |
| NICOLAS DIAZ,                   ) | |
|     Defendant                    ) | |

## JOINT REPORT

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through the undersigned assistant U.S. Attorney, and Attorney James Greenberg, counsel for the defendant, hereby notify the court, pursuant to Magistrate Judge Robert B. Colling's order on April 20, 2006, that there are presently no outstanding discovery motions or issues.  The parties do not anticipate any discovery disputes in this case.  The parties respectfully request a pretrial conference date before District Court Judge Richard G. Stearns.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    UNITED STATES ATTORNEY


By: /s/ Paul Hart Smyth
    Paul Hart Smyth
    Assistant U.S. Attorney
    Federal Building & Courthouse
    1550 Main Street
    Springfield, MA 01103

/s/ James Greenberg
_____
James N. Greenberg
262 Washington Street
Boston, MA 02108