# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                CRIMINAL NO. 2005-30031-RGS-03

NICHOLAS DIAZ.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

    3/20/2006 - Detention Hearing held.

    3/21 - 4/20/2006 -   Government's motion for detention under advisement.

    4/20/2006 - Conference held.

    4/21 - 5/15/2006 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of May 15, 2006, no (0) non-excludable days have occurred

leaving SEVENTY (70) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
May 9, 2006. United States Magistrate Judge