# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                      CRIMINAL NO. 2005-30031-RGS-03

NICHOLAS DIAZ.

## *ORDER AFTER*
## *FINAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on April 20, 2006.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(1) No.

(2) No.

(3) No.

(4) The government has requested notice of alibi; the defendant has not replied.

(5) All non-discovery type motions shall be filed and served *on or before the close of business on Monday, May 15, 2006;* the Government shall respond within the time set by the Local Rules.

(6) No.

(7) At this point, it is unclear whether a trial will be necessary; trial will last about five (5) trial days.

(8) *See* Further Order of Excludable Delay entered this date. *An Initial Pretrial Conference should be set AS SOON AS POSSIBLE.*

(9) Five (5) days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See ¶ (5), supra.*

(4) *See ¶ (8), supra.*

(5) Five (5) days.

(6) None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 *AS SOON AS POSSIBLE*.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE

COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE STEARNS' SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

May 9, 2006.