UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                                              CRIMINAL NO. . 05-30031-RGS

**NICHOLAS DIAZ**

<u>ORDER SETTING CASE FOR TRIAL</u>

**STEARNS, DJ.**

THE ABOVE-CAPTIONED CASE IS SCHEDULED FOR TRIAL IN COURTROOM **#21**

7TH FLOOR, UNITED STATES COURTHOUSE, BOSTON, MA  ON **SEPTEMBER 11, 2006** AT

 9:00 A.M.

ON OR BEFORE **SEPTEMBER 6, 2006** COUNSEL FOR THE PARTIES SHALL FILE,

JOINTLY OR SEPARATELY, THE FOLLOWING MATERIALS WITH THE COURT:

  (1)  ANY STIPULATED OR ADMITTED FACTS IN A FORM SUITABLE
       FOR PRESENTATION TO THE JURY;
  (2)  A LIST OF PROSPECTIVE GOVERNMENT WITNESSES, IDENTIFIED
       BY CITY OR TOWN OF RESIDENCE, OR BY AN INSTITUTIONAL
       ADDRESS, AND THE NAME OF THE CASE AGENT, IF ANY, WHO
       IS TO SIT AT GOVERNMENT COUNSEL TABLE;
  (3)  A LIST OF PROSPECTIVE ALIBI WITNESSES AND ANY OTHER
       WITNESSES DEFENDANT(S) WISH BROUGHT TO THE ATTENTION
       OF THE JURY DURING VOIR DIRE, IDENTIFIED BY CITY OR TOWN
       OF RESIDENCE, OR BY AN INSTITUTIONAL ADDRESS;
  (4)  A STATEMENT OF THE QUALIFICATIONS OF ANY GOVERNMENT
       EXPERT WITNESS, AND ANY SUMMARY OF TESTIMONY PRODUCED
       PURSUANT TO FED. R. CRIM. P. 16(a)(1)(E) AND ANY RECIPROCAL
       DISCLOSURE PRODUCED BY THE DEFENDANT(S) PURSUANT TO
       FED. R. CRIM. P. 16(b)(1)(C);
  (5)  A LIST OF GOVERNMENT EXHIBITS TO BE INTRODUCED AT TRIAL.
       THE EXHIBITS ARE TO BE <u>PRE-MARKED</u> IN A NUMERICAL SEQUENCE
       AND LABELED "GOVERNMENT EXHIBIT";
  (6)  A LIST OF DEFENSE EXHIBITS TO BE OFFERED AT TRIAL.  THE
       EXHIBITS ARE TO BE <u>PRE-MARKED</u> IN A NUMERICAL SEQUENCE
       AND LABELED "DEFENDANT EXHIBIT";
  (7)  ANY MOTIONS IN LIMINE OR OTHER REQUESTS REGARDING FORESEEABLE
       DISPUTES CONCERNING EVIDENTIARY ISSUES, INCLUDING AUTHORITY
       FOR THE RULING REQUESTED;
  (8)  A TRIAL MEMORANDUM ADDRESSING THOSE ITEMS AS TO WHICH
       THERE ARE FORESEEABLE DISPUTES CONCERNING ISSUES OF LAW;
  (9)  AN INFORMED ESTIMATE OF THE PROBABLE LENGTH OF THE TRIAL

      (BASED ON A TRIAL SCHEDULE OF 9:00 A.M. TO 1:00 P.M. DAILY);
(10)  REQUESTS FOR JURY INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;
(11)  ANY PROPOSED QUESTIONS FOR THE VOIR DIRE EXAMINATION;
(12)  ANY REQUEST TO USE SPECIAL AUDIO-VISUAL OR OTHER ELECTRONIC EQUIPMENT DURING THE TRIAL.

SO ORDERED.

                              RICHARD G. STEARNS
                              UNITED STATES DISTRICT JUDGE

                BY:    /s/ Mary H. Johnson
                            Deputy Clerk

DATED: **5-30-06**