UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>DAVID VADDY, )<br>KELLY ARZATE, )<br>NICOLAS DIAZ, )<br>    Co-Defendants. ) | CRIMINAL NO. 05-30031-RGS |

MOTION FOR A CONTINUANCE
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests this Court to continue this case presently scheduled for trial September 11, 2006 to November 12, 2006.

In support of this motion the government states that on August 10, 2006, Attorney Linda Thompson filed her appearance on behalf of Defendant Arzate. On August 24, 2006, Attorney Thompson informed the undersigned Assistant U.S. Attorney that Defendant Arzate was prepared to plead guilty. Defendant Arzate's plea was scheduled for September 15, 2006. It is in the best interests of the parties and the court to proceed with the Defendant Arzate's plea before beginning a trial with the co-defendants. Furthermore, the undersigned Assistant U.S. Attorney has a previously scheduled conflict and is unable to appear in Boston on September 15, 2006.[1]

---

[1]The undersigned Assistant U.S. Attorney is scheduled to appear on for sentencing hearings on September 15, 2006 for both the United States v. Michael Cecchetelli (05-cr-30030-MAP, and

Counsel for each co-defendant in the above-captioned case assent to this request to continue this case until a date convenient for the Court in November 2006.

Respectfully submitted,<br>
MICHAEL J. SULLIVAN<br>
United States Attorney

By:  /s/ Paul Hart Smyth
_____
Paul Hart Smyth
Assistant U.S. Attorney

---

the United States v. Enrique Gonzalez (05-cr-30045-MAP).