# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | APPEARANCE |
| v | ) | |
| | ) | |
| NICOLAS DIAZ, | ) | DOCKET NO. 05-30031 |
| Defendant | ) | |

    NOW COMES Attorney Craig J. Camerlin and hereby enters his appearance on behalf of the Defendant, Nicolas Diaz.

Dated: October 5, 2006                    Respectfully Submitted,

/s/
_____
Craig J. Camerlin
Attorney At Law
1441 Main Street, Suite 900
Springfield, MA 01103
Telephone: 413-732-0529
Facsimile: 413-747-8044
BBO# 646793

## CERTIFICATE OF SERVICE

    I, Craig J. Camerlin, certify that I have sent a copy of the foregoing document first class mail postage prepaid to District Attorney's Office.

Dated: October 5, 2006                    /s/

                                                  _____
                                                  Craig J. Camerlin