UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
          v.                    )    CRIMINAL NO. 05-30031-RGS
                                )
DAVID VADDY,                    )
KELLY ARZATE,                   )
NICOLAS DIAZ,                   )
     Co-Defendants.             )

                       MOTION FOR A CONTINUANCE
                            (Assented to)

    The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests this Court to continue this case presently scheduled for trial the week of November 13, 2006.

    In support of this motion the government states the following:

1. The undersigned Assistant U.S. Attorney is scheduled to begin a trial in the case of the United States v. Vdremus Covington (03-cr-30074-MAP).

2. On October 5, 2006, Attorney Craig Camerlin filed his appearance on behalf of Defendant Nicholas Diaz. Attorney Camerlin requests time to review the evidence.

    Although the undersigned Assistant U.S. Attorney was unsuccessful in reaching Attorney Brown[1], counsel for David Vaddy, both Attorney Thompson and Attorney Camerlin assent to

---

[1] The undersigned is leaving the country tomorrow, October 6, 2006, for a vacation, and will return on October 17, 2006.

this motion. The government respectfully requests this Court to continue this case for trial until a date convenient for the Court in December or January 2006.

                                        Respectfully submitted,
                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                            By:  /s/ Paul Hart Smyth
                                  _____
                                    Paul Hart Smyth
                                    Assistant U.S. Attorney