UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                  Criminal No. 05-CR30031-RGS

NICHOLAS DIAZ

## MOTION TO WITHDRAW

Now comes the defendant and kindly requests this Honorable Court to allow counsel to withdraw from representing the Defendant, Nicolas Diaz.
As reason therefore, Attorney Craig Camerlin has entered an appearance in this case on behalf of the Defendant.

Respectfully Submitted,

/s/ James Greenberg

James Greenberg
BBO# 56563
262 Washington Street, 10th Floor
Boston, MA 02108
(617) 557-4444

Dated: October 12, 2006