UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 05-30031 |
| | ) | |
| v. | ) | MOTION FOR RELIEF FROM |
| | ) | ELECTRONIC MONITORING |
| NICOLAS DIAZ, | ) | FOR WORK PURPOSES |
| Defendant | ) | |

NOW COMES the Defendant in the above entitled matter and seeks temporary relief from electronic monitoring in an effort to maintain employment offered to him.

The Defendant will provide Pre-Trial Services with the appropriate proof of employment, to substantiate his work hours. It should be noted that the Prosecution has assented to this motion and that the relief from the electronic monitoring for work purposes is to be from 9:00am to 7:00pm, Monday through Friday with all other conditions still in place, all other terms of release still being in place for Church services, etc.

This motion was made orally before the Honorable Judge Stearns at a Trial Assignment Conference on Monday, November 13th, 2006. Defense counsel was advised to place this motion in writing for Pre-Trial Services.

Dated: November 15, 2006              Respectfully Submitted,


                                      _____
                                      Craig J. Camerlin
                                      Attorney At Law
                                      1441 Main Street, Suite 900
                                      Springfield, MA 01103
                                      Telephone: 413-732-0529
                                      Facsimile: 413-747-8044
                                      BBO# 646793

CERTIFICATE OF SERVICE

I, Craig J. Camerlin, certify that I have sent a copy of the foregoing document first class mail postage prepaid to District Attorney's Office.

Dated: November 15, 2006              _____
                                      Craig J. Camerlin