**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | AMENDED APPEARANCE |
| v. | ) | (TO INCLUDE ELECTRONIC |
| | ) | SIGNATURE PER CLERK) |
| NICOLAS DIAZ, | ) | DOCKET NO. 05-30031 |
| Defendant | ) | |

    NOW COMES Attorney Craig J. Camerlin and hereby enters his appearance on behalf of the Defendant, Nicolas Diaz.

Dated: December 4, 2006                                        Respectfully Submitted,

                                                                     "s/ Craig J. Camerlin"
                                                                     Craig J. Camerlin
                                                                     Attorney At Law
                                                                     1441 Main Street, Suite 900
                                                                     Springfield, MA 01103
                                                                     Telephone: 413-732-0529
                                                                     Facsimile: 413-747-8044
                                                                     BBO# 646793

<u>CERTIFICATE OF SERVICE</u>

    I, Craig J. Camerlin, certify that I have sent a copy of the foregoing document first class mail postage prepaid to United State District Attorney Office.

Dated: December 4, 2006                                        "s/ Craig J. Camerlin"
                                                                     Craig J. Camerlin