UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 05-30031 |
| | ) | |
| | ) | AMENDED MOTION TO ALLOW |
| v. | ) | THE DEFENDANT TO RELOCATE |
| | ) | ELECTRONIC MONITORING |
| NICOLAS DIAZ, | ) | AND PHYSICALLY MOVE (TO |
| Defendant | ) | INCLUDE ELECTRONIC SIGNATURE |
| | | PER CLERK) |

    NOW COMES the Defendant in the above entitled matter and respectfully requests this Court the ability to relocate to 464 Maple Street, Apartment 4-C, Holyoke, Massachusetts 01040. As reasons therefore:

    The Defendant is currently living in a situation that is non familial. He seeks this adjustment, as the matter before the Court has been pending longer than the family who allowed him to stay there had anticipated. However the matter has not been pending as long as the Defense had anticipated. It is merely a communication issue between the Defendant and the family with whom he stays.

    Based upon this, the family can no longer support the Defendant. He has been able to secure not only employment, but a residence. The residence is with the mother of his child and there is a phone installed at that residence that is in the Defendant's name.

    Please take action on this motion upon its filing, and if a hearing is needed for this motion, please advise and schedule a date convenient for the Government and the Court. Copy will be served upon the Government.

    The Pre-Trial Services Department has been contacted regarding this motion. More importantly, it is Mr. Chris Riley who is his Pre Trial Services Probation Officer.

    The Defendant also requests that this Court make a finding to the previously filed assented to motion for a modification of the electronic monitoring conditions. The Pre Trial Services Department needs the assented to motion allow by this Honorable Court.

Dated: December 4, 2006                                                             Respectfully Submitted,

                                                                                   "s/ Craig J. Camerlin"
                                                                                   Craig J. Camerlin
                                                                                   Attorney At Law
                                                                                   1441 Main Street, Suite 900
                                                                                   Springfield, MA 01103
                                                                                   Telephone: 413-732-0529
                                                                                   Facsimile: 413-747-8044
                                                                                   BBO# 646793

CERTIFICATE OF SERVICE

    I, Craig J. Camerlin, certify that I have sent a copy of the foregoing document first class mail postage prepaid to United States District Attorneys Office.

Dated: December 4, 2006                        "s/ Craig J. Camerlin"
                                                     Craig J. Camerlin