

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Facsimile:        (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts  01103*

January 4, 2007

Jeffrey Brown, Esq.
62 Suffield Street
Agawam, MA 01001

Craig Camerlin, Esq.
50 State Street
Springfield, MA 01103

Linda Thompson, Esq.
1331 Main Street
Springfield, MA 01103

re: <u>United States v. David Vaddy, Kelly Arzate, Nicolas Diaz</u>
Docket No. 05-30031-RGS

Dear Counsel:

     Please consider this letter a response to Defendant Arzate's letter dated December 28, 2006 (Dkt. 95).  Julian Rios ("Rios") remained in regular contact with FBI Gang Task Force ("GTF") agents from September 2004 through late November 2006.  In late November 2006, the agents were unsuccessful in reaching Rios through their normal means of communication, Rios's cellular telephone, and for approximately two weeks, the agents did not have direct contact with Rios.  On or about December 23, Rios contacted an FBI agent and informed the agent that he had not been in regular contact with the FBI during the ab9ove-described time period  because he had been very ill. In addition, Rios explained that he had moved from his prior residence and he had not maintained the same telephone account that the FBI had used to contact him in the past.  The FBI presently has Rios's new contact information (address and telephone numbers).  Please be advised that Rios has never indicated to the FBI GTF that he would be unavailable as a government witness.

     If the above-captioned case proceeds to trial, in addition to arranging for Rios to testify as a government witness, the government will serve Rios with a subpoena obtained by any co-defendant if the subpoena is presented to the government in a timely manner.

      Enclosed please find discovery documents stamped 0001 through 00008.  The documents are from Rios's Confidential Informant File and are related to payments the FBI made to Rios in 2004.  Although the payment receipts are just now being provided, the payment amounts were included in the aggregate amount the government had previously disclosed to the Defendant.

      In response to the Defendant Arzate's request for documents amounting to the entire FBI file on Rios, the request is both overly broad and premature.  If your respective defendant does not plead guilty by January 19, 2007, the government will comply with its broader discovery obligations - including Jenks material - pursuant to Fed. R. Crim. P. 16 and Local Rules 116 & 117 in preparation for trial.

      Very truly yours,

      MICHAEL J. SULLIVAN
      United States Attorney

By:   /s/ Paul Hart Smyth

      _____
      Paul Hart Smyth
      Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Paul Hart Smyth

Paul Hart Smyth
Assistant United States Attorney

Dated: January 4, 2007