UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,

or any of his deputies, and to:

>Sheriff
>Hampden County Jail
>Ludlow, MA

YOU ARE COMMANDED to have the body of <u>NICHOLAS DIAZ, last 4 digits SS #2629, last 4 digits DOB 1980,</u> now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1550 Main St., Springfield, MA on <u>WEDNESDAY, JANUARY 17, 2007 at 9:00 A.M.</u> for the purpose of: CHANGE OF PLEA , in the case of UNITED STATES OF AMERICA V. NICHOLAS DIAZ, ET AL, CRIMINAL NO. 05-30031-RGS.

AND YOU ARE TO RETAIN the body of said <u>NICHOLAS DIAZ</u> while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter, to return said <u>NICHOLAS DIAZ</u> to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

DATED AT BOSTON, MASSACHUSETTS this 10TH DAY day of JANUARY , 2007.

SO ORDERED:                              SARAH THORNTON, Clerk

RICHARD G. STEARNS                By: *Mary A. Johnson*
UNITED STATES DISTRICT JUDGE            Deputy Clerk