AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES

v.                                                **APPEARANCE**

DAVID VADDY, *et al.*

Case Number:   05-CR-30031-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America.

I certify that I am admitted to practice in this court.

| January 26, 2007 | /s/ Alex J. Grant |
|---|---|
| Date | Signature |

| Alex J. Grant | 629754 |
|---|---|
| Print Name | Bar Number |

1550 Main St., Room #310
Address

| Springfield | MA | 01103 |
|---|---|---|
| City | State | Zip Code |

| (413) 785-0235 | (413) 785-0394 |
|---|---|
| Phone Number | Fax Number |