UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 05-30031 |
| | ) | |
| v. | ) | |
| | ) | MOTION TO CONTINUE |
| NICOLAS DIAZ, | ) | SENTENCING |
| Defendant | ) | |

    Now comes defense counsel in the above entitled matter and respectfully requests this Honorable Court to grant a continuance on this matter. As reasons therefore, defense counsel had a heart attack and will not be able to comply with probation requests for Information for Sentencing.

    Please place sentencing on docket convenient for counsel and prosecution.

Dated: March 5, 2007                                          Respectfully Submitted,

                                                                            "s/ Craig J. Camerlin"
                                                                            Craig J. Camerlin
                                                                            Attorney At Law
                                                                            1441 Main Street, Suite 900
                                                                            Springfield, MA 01103
                                                                            Telephone: 413-732-0529
                                                                            Facsimile: 413-747-8044
                                                                            BBO# 646793

CERTIFICATE OF SERVICE

    I, Craig J. Camerlin, certify that I have sent a copy of the foregoing document first class mail postage prepaid to United States District Attorneys Office.

Dated: March 5, 2007                                          "s/ Craig J. Camerlin"
                                                                            Craig J. Camerlin