## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 05-30031 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | MOTION TO CONTINUE |
| NICOLAS DIAZ, | ) | SENTENCING |
| Defendant | ) | |

    NOW COMES the Defendant in the above-entitled matter and moves this Honorable Court to continue the sentencing hearing to a date convenient to the Government and the Court.

    As reason therefore, the Government and Defendant are still attempting to jointly satisfy some of the conditions of the Plea contract.

    Please be advised that the Government, represented by Assistant United States Attorney Alex Grant, has assented to this motion.

Dated: July 19, 2007                                    Respectfully Submitted,

                                                                                      "s/ Craig J. Camerlin"
                                                                                       Craig J. Camerlin
                                                                                       Attorney At Law
                                                                                       1441 Main Street, Suite 900
                                                                                       Springfield, MA 01103
                                                                                      Telephone: 413-732-0529
                                                                                       Facsimile: 413-747-8044
                                                                                      BBO# 646793

## CERTIFICATE OF SERVICE

    I, Craig J. Camerlin, certify that I have sent a copy of the foregoing document first class mail postage prepaid to District Attorney's Office.

Dated: July 19, 2007                                    "s/ Craig J. Camerlin"
                                                                                       Craig J. Camerlin