UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,

or any of her deputies, and to:

> Sheriff
> Hampden County House of Correction
> 629 Randall Road
> Ludlow, MA 01056

YOU ARE COMMANDED to have the body of  NICHOLAS DIAZ,  dob 1980,

last four digits SS No.  2629,  now in your custody, before the United States District Court

 for the District of Massachusetts, Federal Building  and  Courthouse,  1550 Main St.,

Springfield, MA (Courtroom #2, 5th Floor), on  MONDAY , JULY 30, 2007 at  1:30 P.M.

for the purpose of: SENTENCING , in the case of UNITED STATES V.

NICHOLAS DIAZ , ET AL  CRIMINAL NO. 05-30031-RGS.

AND YOU ARE TO RETAIN the body of said NICHOLAS DIAZ  while before said

Court upon said day and upon such other days thereafter as his attendance before said

Court shall be necessary, and as soon as may be thereafter, to return said NICHOLAS DIAZ

to the institution from which he was taken, under safe and secure conduct, to be there

imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And

have you then and there this Writ with your doings herein.

DATED AT BOSTON, MASSACHUSETTS this  25th day  day of July  , 2007.

SO ORDERED:

RICHARD G. STEARNS          By:          SARAH A. THORNTON,
U. S. DISTRICT JUDGE                                   Deputy Clerk