AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE      District of      MASSACHUSETTS

FILED

2008 FEB 12 P 2: 13

UNITED STATES OF AMERICA

V.

NICHOLAS DIAZ

**WARRANT FOR ARREST**

Case Number: 05-CR-30031-RGS-03

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    <u>NICHOLAS DIAZ</u>

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    **X** Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

VIOLATION OF CONDITIONS OF RELEASE

in violation of Title _____ United States Code, Section(s) _____

ROBERT B. COLLINGS
Name of Issuing Officer

By: _____ Deputy Clerk
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

12/29/06 U.S.D.C. BOSTON, MA
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/17/07

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |