Date: _2/28/08_

Hon. _Stearns_
c/o _Nicolas Diaz_
Deputy Clerk
United States District Court

Dear _____:

    I was sentenced by Judge _Stearns_ on _July 30, 2007_ based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    My current release date is _6/06/08_.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

                                               Sincerely,

Name: _Nicolas Diaz_
Address: _Low Security Correctional Inst. Allenwood_
_P.O. Box 1000_
_White Deer, PA 17887_
Telephone: _(wife)(413)221-9339_
_(mother)(407)442-5169_

Docket #: 1:05CR30031-03

Dear Honorable Judge Stearns,

    I, Nicolas Diaz, would first like to start this letter by saying "thank you" for the sentence you imposed on my behalf. Also i would like to say "thank you" for the mercy and grace you showed me on my sentencing hearing.

    The reason for this letter is that recently the sentencing guidelines have been lowered for crack cocaine offenses. I really was not going to pursue the sentence reduction due to the fact that that my release date is June 06, 2008. The court just recently wrote to me and told me i was eligible for the reduction and now I am writing this letter to you wondering if I am eligible. I understand that it is under your discretion. I really don't want to waste your time or the courts' resources if I am not eligible. Right now I am going to the halfway house on march 11, 2008 until my release date but i would love to be with my family as soon as possible. My wife and children really need me there to help! Also, probation went to the apartment and said that I could reside there!

    I know my offense level started at 26 and with the safety valve and Acceptance of Responsibility it dropped to level 21 which is 37 months!

Also now with the 2 point reduction it drops to level 19 which is 30 months! Also the prosecutor filed a 5K1 motion that reduced the sentence by 25%! So if the sentence is reduced to 30 months and cut by 25% it would reduce the total sentence to 22 mths which would mean i would finish my sentence by the end of march. I would like to know if you could take these factors into consideration! I really have learned from this experience and I would like to have an opportunity to restart my life once again with my family and as a good citizen!

My address to write back before march 11, 2008 is: Nicolas Diaz #34922-177
Low Security Correctional Inst. Allenwood
P.O. Box 1000
White Deer, PA 17887

After march 11, 2008:
Nicolas Diaz #34922-177    D.O.B. 11/17/80
627 Randall Road
Ludlow, MA 01056

Sincerely,

Nicolas Diaz