UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.            CRIMINAL NO. 05CR30031-RGS

NICHOLAS DIAZ

## APPOINTMENT OF FEDERAL DEFENDER

**STEARNS, DJ.**           **MARCH 7, 2008**

UPON REVIEW OF THE FINANCIAL AFFIDAVIT FILED BY THE DEFENDANT IN THE ABOVE-ENTITLED CASE, THE COURT HEREBY FINDS THAT THE DEFENDANT IS INDIGENT AND THEREFORE APPOINTS THE OFFICE OF THE FEDERAL DEFENDER, 408 ATLANTIC AVE., BOSTON, MA, TO REPRESENT THE DEFENDANT IN ALL PROCEEDINGS RELATING TO A MOTION FOR REDUCTION IN TERM OF IMPRISONMENT AS A RESULT OF AMENDED GUIDELINE RANGE (POLICY STATEMENT) U.S.S.G. SECTION 1B1.10, AS AMENDED, EFFECTIVE MARCH 3, 2008.

SO ORDERED.

                                    RICHARD G. STEARNS
                                    UNITED STATES DISTRICT JUDGE

        BY:

                            /s/ Mary H. Johnson
                        _____
                            **Deputy Clerk**