AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| NICHOLAS DIAZ | ) Case No: 05CR30031-03-RGS |
|  | ) USM No: 34922-177 |
| Date of Previous Judgment: 08/08/2007 | ) J. MARTIN RICHEY, ESQ. |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __24__ months **is reduced to** __TIME SERVED__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __21__          Amended Offense Level: __19__
Criminal History Category: __I__          Criminal History Category: __I__
Previous Guideline Range: __37__ to __46__ months          Amended Guideline Range: __30__ to __37__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
THE PARTIES' AGREED-TO RECOMMENDATION IN THIS CASE IS 20 MONTHS TO BE SERVED, THE TIME DEEMED HAVING ALREADY BEEN SERVED. THE COURT APPROVES THE RECOMMENDATION AND THE DEFENDANT SHALL BE RELEASED FROM CUSTODY FORTHWITH, PER ORDER OF THE COURT.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __08/08/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __03/11/2008__

Effective Date: __03/11/2008__
(if different from order date)

RICHARD G. STEARNS, U. S. DISTRICT JUDGE
Printed name and title